# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | 7:13-cv-00398 |
| | ) | |
| | ) | Case No. 1:04CR00070 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **STEWART JUSTUS,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is ORDERED that the defendant's "MOTION TO ENFORCE TERMS OF PLEA AGREEMENT" (ECF No. 300) is DENIED; the defendant's submission is CONSTRUED as a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C.§ 2241; the Clerk is DIRECTED to docket the pleading (ECF No. 300) as a § 2241 petition, along with this Order, in a separate civil action for administrative reasons only; and that civil action under § 2241 is hereby DISMISSED without prejudice and stricken from the active docket of the court.

ENTER: August 26, 2013

/s/ James P. Jones
United States District Judge